IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| T. R. OLIVER, JR., | ) |
| | ) 2008 FEB -6  P 12: 32 |
| Plaintiff, | ) |
| | ) DEBRA P. HACKETT, CLK |
| vs. | ) U.S. DISTRICT COURT |
| | ) MIDDLE DISTRICT ALA CIVIL ACTION NO. 2:08-CV-81-WHA |
| JOSE A. RODRIGUEZ; JOSE DELEON | ) |
| ARMIJO; ARMIJO BROTHERS | ) |
| PRODUCE, INC.; and ALFA | ) |
| INSURANCE COMPANY, et al., | ) |
| | ) |
| Defendants. | ) |

## JOINDER IN REMOVAL

Alfa Mutual Insurance Company, co-defendant in this action, through its counsel of record, Courtney R. Potthoff, hereby joins in the Notice of Removal heretofore filed by the Defendants Jose A. Rodriquez, Jose Deleon Armijo, Armijo Brothers Produce, Inc.

Respectfully submitted,

_____
Courtney R. Potthoff        ASB 4565-057C

Attorney for Defendant
Alfa Mutual Insurance Company

OF COUNSEL:

WILLIAMS, POTTHOFF, WILLIAMS
    & SMITH, L.L.C.
Post Office Box 880
Eufaula, Alabama 36072-0880
Telephone    (334) 687-5834
Facsimile    (334) 687-5722

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 6th day of February, 2008, served a copy of the above and foregoing upon the following counsel of record, by depositing a copy of same in the United States Mail, properly addressed, postage prepaid:

J. Matthew Horne, Esq.
Attorney at Law, L.L.C.
Post Office Box 226
Clayton, Alabama 36016

William W. Nichols, Esq.
Lee & McInish, P.C.
Post Office Box 1665
Dothan, Alabama 36302

_____
Of Counsel