IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| T.R. OLIVER, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:08-CV-81-WHA |
| ) | |
| JOSE A. RODRIGUEZ, Individually; ) | |
| JOSE DELEON ARMIJO, Individually; ) | |
| ARMIJO BROTHERS PRODUCE, INC., ) | |
| a Florida Corporation; ALFA MUTUAL ) | |
| INSURANCE COMPANY, et al. ) | |
| ) | |
| Defendants. ) | |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW, Armijo Brothers Produce, Inc., a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☐ This party is a governmental entity, or

☑ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| DeLeon Armijo | Owner/Operator |
| Melissa Armijo | Owner/Operator |

Dated this 12th day of February, 2008.

_____
WILLIAM L. LEE, III          (LEE007)
wlee3@leeandmcinish.com

_____
WILLIAM W. NICHOLS      (NIC027)
wnichols@leeandmcinish.com

**OF COUNSEL:**
Lee & McInish, P.C.
*Attorneys for Defendants Jose A. Rodriguez, Jose Deleon Armijo and Armijo Brothers Produce, Inc.*
238 West Main Street (36301)
Post Office Box 1665
Dothan, Alabama 36302
Telephone (334) 792-4156
Facsimile (334) 794-8342

## CERTIFICATE OF SERVICE

I hereby certify that on February 12th, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: **Jonathon M. Horne, Esq., Courtney R. Potthoff, Esq.** and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: NONE.

Dated this the 12th day of February, 2008.

_____
Of Counsel