IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| T. R. OLIVER, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 2:08-CV-081-WHA |
| | ) |
| JOSE A. RODRIGUEZ; JOSE DELEON ARMIJO; ARMIJO BROTHERS PRODUCE, INC.; and ALFA INSURANCE COMPANY, et al., | ) ) ) ) |
| | ) |
| Defendants. | ) |

**CONFLICT DISCLOSURE STATEMENT**

In accordance with the Order of this Court, Alfa Mutual Insurance Company, does hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnerships, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order. No. 3047:

The following entities are hereby reported:

Alfa Mutual Insurance Company
Alfa Mutual Fire Insurance Company
Alfa Mutual General Insurance Company
Alfa Corporation
Alfa Insurance Corporation
Alfa Life Insurance Corporation
Alfa General Insurance Corporation
Alfa Financial Corporation
Alfa Specialty Insurance Corporation
Alfa Agency Alabama, Inc.
Alfa Vision Insurance Corporation
Alfa Benefits Corporation
Alfa Services, Inc.
Alfa Alliance Insurance Corporation
Alfa Realty, Inc.

Alfa Builders, Inc.

Respectfully submitted this the 4th day of March, 2008.

/s/Courtney R. Potthoff_____
Courtney R. Potthoff        ASB 4565-057C

Attorney for Alfa Mutual Insurance Company

OF COUNSEL:

WILLIAMS, POTTHOFF,
    WILLIAMS, & SMITH, LLC
Post Office Box 880
Eufaula, Alabama 36072
Telephone   (334) 687-5834
Facsimile   (334) 687-5722

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon the following counsel of record via electronic filing/U.S. Mail, this 4th day of March, 2008.

J. Matthew Home, Esq.
Attorney at Law, L.L.C.
Post Office Box 226
Clayton, Alabama 36016

William W. Nichols, Esq.
Lee & McInish, P.C.
Post Office Box 1665
Dothan, Alabama 36302

/s/Courtney R. Potthoff_____
Of Counsel