IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| T. R. OLIVER, JR., | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:08-CV-081-WHA |
| JOSE A. RODRIQUEZ, ET. AL. | ) |
| Defendant, | ) |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW T.R. OLIVER, JR., a <u>Plaintiff</u> in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[x]  **This party is an individual,**

| Reportable Entity | Relationship to Party |
|---|---|
| N/A | N/A |
| | |
| | |
| | |

3/07/07
_____
Date

*/S/ J. MATTHEW HORNE*
*Counsel for T. R. OLIVER, JR.*
P.O. BOX 226, CLAYTON, AL 36016
334-775-7211

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**CERTIFICATE OF SERVICE**

I, J. MATTHEW HORNE, do hereby Certify that a true and correct copy of the foregoing has been furnished by ELECTRONIC MAIL(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 7 day of MARCH 2008, to:

William L. Lee III (LEE007)
William W. Nichols (NIC027)
Attorneys for Defendants
LEE & MCINNISH, ATTORNEYS
238 West Main Street
Post Office Box 1665
Dothan, AL 36302

| 3/7/08 | /S/ J. Matthew Horne |
|---|---|
| Date | Signature |