IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| T. R. OLIVER, JR., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )   CIVIL ACTION NO. 2:08cv081-WHA |
| | ) |
| JOSE A. RODRIGUEZ, et al., | ) |
| | ) |
|     Defendants. | ) |

**ORDER**

Upon consideration of the Plaintiff's Motion to Remand, it is hereby

ORDERED that the motion is set for hearing on Thursday, April 3, 2008, at 10:00 a.m. in District Courtroom 2-C, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, **Montgomery**, Alabama. At the hearing, the court will receive any evidence which might be presented by the parties.

DONE this 25th day of March, 2008.

                                              /s/ W. Harold Albritton
                                              W. HAROLD ALBRITTON
                                              SENIOR UNITED STATES DISTRICT JUDGE