**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **T.R. OLIVER, JR.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CASE NO. 2:08-CV-81-WHA** |
| ) | |
| **JOSE A. RODRIGUEZ, Individually;** ) | |
| **JOSE DELEON ARMIJO, Individually;** ) | |
| **ARMIJO BROTHERS PRODUCE, INC.,** ) | |
| a Florida Corporation; **ALFA MUTUAL** ) | |
| **INSURANCE COMPANY, et al.** ) | |
| ) | |
| **Defendants.** ) | |

## NOTICE OF DEPOSITON

TO:   William L. Lee, III, Esq.
　　　William W. Nichols, Esq.
　　　Lee & McInish, P.C.
　　　Post Office Box 1665
　　　Dothan, Alabama 36302

　　　PLEASE TAKE NOTICE that pursuant to the *Alabama Rules of Civil Procedure*, Plaintiff T.R. Oliver will take the deposition of Jose A. Rodriquez upon oral examination on the 22nd day of October, 2008, immediately following the deposition of T.R.Oliver, in the offices of Lee & McInnish, P.C., located at 238 West Main Street, Dothan, Alabama.  The deposition will be taken at the above-mentioned time and location, before an officer authorized by law to administer oaths, and shall continue from day to day until complete.

　　　　　　　　　　　　　　　　　　　　　S/J. Matthew Horne_____
　　　　　　　　　　　　　　　　　　　　　J. MATTHEW HORNE  (HOR038)
　　　　　　　　　　　　　　　　　　　　　jmhorne@bellsouth.net

**OF COUNSEL:
J. Matthew Horne
Attorney at Law
2 Court Square
Post Office Box 226**

**Clayton, Alabama 36016**
**Telephone: 334-775-7211**
**Facsimile: 334-775-7212**

## CERTIFICATE OF SERVICE

  This is to certify that on August 13, 2008, I have this day served a copy of the foregoing pleading by placing in the United States Mail, postage prepaid and addressed properly to the following:

 William L. Lee, III, Esq.
 William W. Nichols, Esq.
 Lee & McInish, P.C.
 Post Office Box 1665
 Dothan, Alabama 36302

 Courtney Reilly Potthoff, Esq.
 Post Office Box 880
 Eufaula, Alabama 36072

 Joel P. Smith, Jr., Esq.
 Post Office Box 880
 Eufaula, Alabama 36072

 Dated this the 16th day of July, 2008.

                   s/J. Matthew Horne_____
                   Of Counsel